IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO. 15-00088-CG |
| JOHN PATRICK COUCH, MD., | * | |
| Defendant. | * | |

ORDER ON ARRAIGNMENT
SUPERSEDING INDICTMENT

Defendant John Patrick Couch appeared in person in open Court with retained counsel, John Beck and Arthur Powell, on November 4, 2015 and was arraigned in accordance with Rule 10 of the Federal Rules of Criminal Procedure, on the superseding indictment.   Appearing for the Government were Assistant U. S. Attorneys Deborah Griffin and Christopher Bodnar.

PLEA. The defendant entered a plea of **NOT GUILTY**.

STATUS CONFERENCE:   November 20, 2015 at 3:00 p.m. in Courtroom 1A.

DONE this 9th day of November, 2015.

/s/SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE