# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No. 15-00088** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN PATRICK COUCH, M.D.** and | ) | |
| **XIULU RUAN, M.D.** | ) | |
| | ) | |

## NOTICE TO THE COURT OF EXPERT SUMMARIES

Comes now the United States of America, by and through Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and provides notice to the Court that on this date the United States has provided a written summary (via email), pursuant to Federal Rules of Criminal Procedure Rule 16(a)(1)(G), of expert testimony the United States may use during its case-in-chief at trial.

The United States reserves the right to supplement the summaries.

Respectfully submitted this the 15th day of June, 2016.

                                          KENYEN R. BROWN
                                          UNITED STATES ATTORNEY
                                          by:

                                          */s/ Deborah A. Griffin*
                                          Deborah A. Griffin (GRIFD9200)
                                          Assistant United States Attorney
                                          63 S. Royal Street, Suite 600
                                          Mobile, Alabama 36602
                                          Telephone: (251) 441-5845

**CERTIFICATE OF SERVICE**

  I certify that on June 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendants.

            *s/Deborah A. Griffin*
            Deborah A. Griffin
            Assistant United States Attorney