INTERLOCUTORYAPP,PASSPORT

# U.S. District Court
## Southern District of Alabama (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:15−cr−00088−CG−B−1

| | |
|---|---|
| Case title: USA v. Couch et al | Date Filed: 04/30/2015 |

Assigned to: Senior Judge Callie V.
S. Granade
Referred to: Magistrate Judge Sonja
F. Bivins

**Defendant (1)**

**MD John Patrick Couch**     represented by     **J. Clark Stankoski**
P. O. Box 529
Fairhope, AL 36533
251−591−8728
Email: clarkstankoski@mac.com
*TERMINATED: 07/08/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John W. Beck**
P.O. Box 931
Fairhope, AL 36533
(251) 990−5454
Email: beckdefense@me.com
*TERMINATED: 04/08/2016*
*LEAD ATTORNEY*
*Designation: Retained*

**Arthur T. Powell , III**
P.O. Box 40456
Mobile, AL 36640−0456
251−433−8310
Email: atp@law−linc.com
*ATTORNEY TO BE NOTICED*

**Jackson R. Sharman , III**
Lightfoot, Franklin &White
400 North 20th Street
Birmingham, AL 35203
205−581−0700
Email: jsharman@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Paul Doss**
400 20th St. N.

Birmingham, AL 35203
205−581−0700
Email: jdoss@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

**Robert Jackson Sewell**
Lightfoot, Franklin, &White LLC
400 20th Street North
Birmingham, AL 35203
205−581−0700
Email: jsewell@lightfootlaw.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (1) | |
| RICO CONSPIRACY (1s) | |
| RACKETEERING − NARCOTICS (1ss) | |
| CONSPIRACY TO COMMIT HEALTHCARE FRAUD (2) | |
| DRUG CONSPIRACY (2s) | |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (2ss−4ss) | |
| CONSPIRACY TO COMMIT HEALTHCARE FRAUD (3s) | |
| CONSPIRACY TO DEFRAUD THE UNITED STATES − to violate Anti−Kickback Statute (5s) | |
| CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE (5ss−7ss) | |
| CONSPIRACY TO COMMIT WIRE &MAIL FRAUD (6s) | |
| DISTRIBUTION OF CONTROLLED SUBSTANCE (7s−10s) | |

CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE
(13ss–14ss)

CONSPIRACY TO COMMIT MAIL FRAUD
(15ss)

CONSPIRACY TO DEFRAUD THE UNITED STATES
(16ss–18ss)

ANTI–KICKBACK VIOLATIONS
(17s–19s)

CONSPIRACY TO COMMIT WIRE &MAIL FRAUD
(19ss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher John Bodnar** |
| | | 63 South Royal Street, Suite 600 |
| | | Mobile, AL 36602 |
| | | 251–441–5845 |
| | | Email: christopher.bodnar@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Deborah A. Griffin** |
| | | U.S. Attorney's Office |
| | | 63 S. Royal St., Rm. 600 |
| | | Mobile, AL 36602 |

(251) 441–5845
Fax: 2514415277
Email: deborah.griffin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/30/2015 | 1 | | *SEALED* SEALED INDICTMENT as to John Patrick Couch (1) counts 1, 2, Xiulu Ruan (2) counts 1, 2. (Attachments: # 1 Penalty Page, # 2 Signed Indictment) (mpp) (Entered: 05/06/2015) |
| 04/30/2015 | 2 | | *SEALED* MOTION to Seal Case filed by USA as to John Patrick Couch, Xiulu Ruan. (mpp) (Entered: 05/06/2015) |
| 04/30/2015 | 3 | | *SEALED* ORDER granting 2 Motion to Seal Case as to John Patrick Couch &Xiulu Ruan. Signed by Magistrate Judge Sonja F. Bivins on 4/30/2015. (mpp) (Entered: 05/06/2015) |
| 05/14/2015 | 4 | | Praecipe for Warrant filed by USA as to John Patrick Couch (Griffin, Deborah) (Entered: 05/14/2015) |
| 05/14/2015 | 5 | | Praecipe for Warrant filed by USA as to XIULU RUAN, M.D. (Griffin, Deborah) [modified docket txt] mpp (Entered: 05/14/2015) |
| 05/14/2015 | 6 | | Arrest Warrant Issued in case as to John Patrick Couch and given to USM for service. (mpp) (Entered: 05/14/2015) |
| 05/18/2015 | 14 | | *SEALED* MOTION to Seal Search Warrant Documents by USA as to John Patrick Couch, Xiulu Ruan re: PPSA Springhill, PPSA Airport, CRPharmacy Referred to Judge Sonja F. Bivins. (srr) Modified on 5/21/2015 (mjn). (Entered: 05/19/2015) |
| 05/18/2015 | 15 | | *SEALED* ORDER granting 14 Motion to Seal Case as to John Patrick Couch (1), Xiulu Ruan (2) Unseal deadline set for 8/17/2015. Signed by Magistrate Judge Sonja F. Bivins on 5/18/2015. (srr) (Entered: 05/19/2015) |
| 05/20/2015 | | | *SEALED* Case unsealed as to John Patrick Couch, Xiulu Ruan (jlr) (Entered: 05/20/2015) |
| 05/20/2015 | 99 | | Receipt for Passport Number 511532307 issued by USA as to John Patrick Couch. Passport Surrendered to Court. (mbp) (Entered: 05/20/2015) |
| 05/20/2015 | 100 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Arraignment as to John Patrick Couch (1) Count 1,2 held on 5/20/2015; Defendant released on conditions; Passport surrendered in open court; Counsel present: Deborah Griffin, Christopher Bodner, J. Clark Stankoski FTR Digital Audio Recording. (mjn) (Entered: 05/20/2015) |
| 05/21/2015 | 101 | | Order on Arraignment as to John Patrick Couch (1) Count 1,2, ( Status Conference set for 5/27/2015 03:00 PM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins.) Jury Selection set for 6/29/2015 08:45AM; Trial set during July 2015 trial term; In preparation for status conference, counsel shall confer regarding a schedule for the trial in this action. Signed by Magistrate Judge |

| | | | |
|---|---|---|---|
| | | | Sonja F. Bivins on 5/20/2015. (mjn) (Entered: 05/21/2015) |
| 05/21/2015 | 102 | | NOTICE OF ATTORNEY APPEARANCE: John W. Beck appearing for John Patrick Couch (Beck, John) (Entered: 05/21/2015) |
| 05/21/2015 | 104 | | Arrest Warrant Returned Executed on 5/20/15 as to John Patrick Couch. (sdb) (Entered: 05/21/2015) |
| 05/21/2015 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Telephone Conference as to John Patrick Couch held on 5/21/2015; Counsel participating by telephone: Deborah Griffin, Christopher Bodnar, John Beck, J. Clark Stankoski FTR Digital Audio Recording. (mjn) (Entered: 05/21/2015) |
| 05/27/2015 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Status Conference as to John Patrick Couch held on 5/27/2015; Counsel present: Deborah Griffin, John Beck and Clark Stankoski FTR Digital Audio Recording. (mjn) (Entered: 05/28/2015) |
| 05/28/2015 | 112 | | *SEALED* MOTION for Protective Order by USA as to John Patrick Couch, Xiulu Ruan. (Attachments: # 1 Exhibit) (Griffin, Deborah) (Entered: 05/28/2015) |
| 05/28/2015 | | | *SEALED* REFERRAL OF 112 MOTION for Protective Order and 113 Motion for Leave to File Sealed Document *Amended Affidavit in Support of Seizure Warrants and Restraining Orders* as to John Patrick Couch, Xiulu Ruan to Judge Sonja F. Bivins. (mab) (Entered: 05/28/2015) |
| 05/29/2015 | 115 | | NOTICE *of Lis Pendens Filed* by USA as to John Patrick Couch (Griffin, Deborah) (Entered: 05/29/2015) |
| 05/29/2015 | 116 | | NOTICE *of Lis Pendens Filed* by USA as to John Patrick Couch (Griffin, Deborah) (Entered: 05/29/2015) |
| 05/29/2015 | 117 | | NOTICE *of Lis Pendens Filed* by USA as to John Patrick Couch (Griffin, Deborah) (Entered: 05/29/2015) |
| 06/01/2015 | 120 | | *SEALED* PROTECTIVE ORDER entered granting 112 Motion for Protective Order as to John Patrick Couch (1), Xiulu Ruan (2). Signed by Magistrate Judge Sonja F. Bivins on 5/28/2015. (mjn) (Entered: 06/01/2015) |
| 06/01/2015 | | | *SEALED* Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Telephone Conference as to John Patrick Couch, Xiulu Ruan held on 6/1/2015; Participating by telephone; Deborah Griffin, Agent Michael Burt FTR Digital Audio Recording. (mjn) (Entered: 06/01/2015) |
| 06/02/2015 | | | *SEALED* REFERRAL OF 125 , 126 , 124 (mjn) (Entered: 06/02/2015) |
| 06/03/2015 | 127 | | *SEALED* Sealed Document(s) (mjn) (Entered: 06/03/2015) |
| 06/08/2015 | 137 | | *SEALED* MOTION to Continue in Interest of Justice *Joint Motion to Continue Trial* by USA as to John Patrick Couch, Xiulu Ruan. (Griffin, Deborah) (Entered: 06/08/2015) |
| 06/08/2015 | | | *SEALED* REFERRAL OF 137 Joint MOTION to Continue in Interest of Justice as to John Patrick Couch, Xiulu Ruan to Judge Sonja F. Bivins. (tot) (Entered: 06/08/2015) |

| 06/09/2015 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Pretrial Conference as to John Patrick Couch held on 6/9/2015; Counsel present; Deborah Griffin, J. Clark Stankoski, Dennis Knizley FTR Digital Audio Recording. (mjn) (Entered: 06/09/2015) |
|---|---|---|---|
| 06/10/2015 | 139 | | Certification Regarding the Preliminary Guideline Calculations of the Probation Officer filed by John Patrick Couch. (Stankoski, J.) (Entered: 06/10/2015) |
| 06/10/2015 | 141 | | WAIVER of Speedy Trial by John Patrick Couch (Beck, John) (Entered: 06/10/2015) |
| 06/10/2015 | | | REFERRAL OF 139 Certification Regarding the Preliminary Guideline Calculations of the Probation Officer; and 141 Waiver of Speedy Trial as to John Patrick Couch to Judge Bivins (mab) (Entered: 06/10/2015) |
| 06/11/2015 | 142 | | *SEALED* Order on Pretrial Conference held on 6/9/15 as to John Patrick Couch, Xiulu Ruan. 137 Joint MOTION to Continue in Interest of Justice is GRANTED provided that each Dft &his counsel executes &files a speedy trial waiver NLT 6/19/15. Case is CONTINUED to the January 2016 criminal term, w/jury selection commencing on 1/5/2016. Time excluded from 6/29/15 until 1/5/16. Status Conference set for 9/15/2015 at 01:30 PM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Deadline for pretrial motions EXTENDED to 8/31/15. Deadline for Disclosures by Dft EXTENDED to 8/31/15. Govt shall tender expert reports NLT 9/30/15. Dfts shall tender expert reports NLT 10/30/15. Pretrial Conference set for 12/10/2015 at 08:30 AM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Signed by Magistrate Judge Sonja F. Bivins on 6/11/2015. (tot) (Entered: 06/11/2015) |
| 06/11/2015 | | | *SEALED* Set/Reset Deadlines as to John Patrick Couch, Xiulu Ruan: Pretrial Motions due by 8/31/2015; Waiver of Right to Speedy Trial due by 6/19/2015 – See Doc. 142 . (tot) (Entered: 06/12/2015) |
| 06/12/2015 | 145 | | MOTION to Modify Conditions of Release by John Patrick Couch. (Beck, John) (Entered: 06/12/2015) |
| 06/12/2015 | 146 | | *SEALED* NOTICE OF HEARING as to John Patrick Couch, Xiulu Ruan; Telephone Conference set for 6/15/2015 10:45 AM before Magistrate Judge Sonja F. Bivins re: motion to modify conditions of release. Counsel will be notified by separate e−mail the call in number and pass code to access the conference. (mjn) (Entered: 06/12/2015) |
| 06/15/2015 | | | *SEALED* Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Telephone Conference as to John Patrick Couch, Xiulu Ruan held on 6/15/2015; Counsel participating by telephone: Christopher Bodnar, Deborah Griffin, J. Clark Stankoski, John Beck, Dennis Knizley FTR Digital Audio Recording. (mjn) (Entered: 06/15/2015) |
| 06/16/2015 | | | *SEALED* Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Telephone Conference as to John Patrick Couch, Xiulu Ruan held on 6/16/2015 FTR Digital Audio Recording. (srr) (Entered: 06/16/2015) |

| | | | |
|---|---|---|---|
| 06/18/2015 | | | *SEALED* Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson: Telephone Conference as to John Patrick Couch, Xiulu Ruan held on 6/18/2015 on Docs. 156–160 with AUSA D. Griffin and Agent Michael Burt FTR Digital Audio Recording. (mjn) (Entered: 06/18/2015) |
| 06/23/2015 | 164 | | Redacted affidavit, applications and seizure warrants: (Attachments: # 1 redacted application, # 2 redacted seizure warrant, # 3 redacted application, # 4 redacted seizure warrant, # 5 redacted application, # 6 redacted seizure warrant, # 7 redacted application, # 8 redacted seizure warrant) (srr) (Entered: 06/23/2015) |
| 06/24/2015 | 165 | | Redacted application, affidavits and seizure warrants: (Attachments: # 1 redacted application, # 2 redacted application, # 3 redacted application, # 4 redacted application, # 5 redacted affidavit, # 6 redacted affidavit, # 7 redacted seizure warrant, # 8 redacted seizure warrant, # 9 redacted seizure warrant, # 10 redacted seizure warrant) (srr) (Entered: 06/24/2015) |
| 06/25/2015 | | | *SEALED* Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Telephone Conference as to John Patrick Couch, Xiulu Ruan held on 6/25/2015 FTR Digital Audio Recording. (srr) (Entered: 06/25/2015) |
| 06/25/2015 | 167 | | 2nd Amended Application (Attachments: # 1 2nd amended Affidavit, # 2 2nd amended search warrant) (Documents not sealed per AUSA Griffin) (srr) (Entered: 06/25/2015) |
| 06/25/2015 | 169 | | REDACTED AFFIDAVIT of SA White for search warrants of businesses by USA as to John Patrick Couch, Xiulu Ruan as to documents 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 58, 60, 62, 64, 66, 68, 70 AND 76, 78, 80, 82, 84, 86, 88; Also attachment #1 to documents 8, 10, 12 (mjn) (Additional attachment(s) added on 6/8/2016: # 1 Redacted Affidavit) (mab). (Entered: 06/25/2015) |
| 06/25/2015 | 170 | | REDACTED AFFIDAVIT of SA Burt in support of seizure warrants and restraining orders by USA as to John Patrick Couch, Xiulu Ruan as to the following documents: 16, 18, 20, 22, 24, 26, 28, 30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50, 52, 54, 56, 58, 60, 62, 64, 66, 68, 70, 72, 74, 76, 78, 80, 82, 84, 86, (mjn) (Additional attachment(s) added on 6/8/2016: # 1 Redacted Affidavit) (mab). (Entered: 06/25/2015) |
| 06/25/2015 | 171 | | REDACTED AFFIDAVIT of SA White as to warehouse by USA as to John Patrick Couch, Xiulu Ruan as to documents 94, attachment #1; (mjn) (Additional attachment(s) added on 6/8/2016: # 1 Redacted Affidavit) (mab). (Entered: 06/25/2015) |
| 06/26/2015 | 172 | | AMENDED REDACTED AFFIDAVIT of SA Burt in support of seizure warrants and restraining orders by USA as to John Patrick Couch, Xiulu Ruan (Pages 1–26) (Attachments: # 1 Affidavit pages 27–52) (mjn) Modified on 6/26/2015 (mjn). (Additional attachment(s) added on 6/8/2016: # 2 Redacted Affidavit – Part1, # 3 Redacted Affidavit Part2) (mab). (Entered: 06/26/2015) |
| 07/08/2015 | 178 | | MOTION to Withdraw as Attorney by J. Clark Stankoski. by John Patrick Couch. (Stankoski, J.) (Entered: 07/08/2015) |

| | | | |
|---|---|---|---|
| 07/08/2015 | | | REFERRAL OF 178 MOTION to Withdraw as Attorney by J. Clark Stankoski as to John Patrick Couch to Judge Callie V. S. Granade. (mab) (Entered: 07/08/2015) |
| 07/08/2015 | 179 | | ENDORSED ORDER, GRANTING 178 Motion to Withdraw by Attorney J. Clark Stankoski as to John Patrick Couch. Signed by Judge Callie V. S. Granade on 7/8/2015. (mab) (Entered: 07/08/2015) |
| 07/08/2015 | | | *SEALED* Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Telephone Conference re:amended application for seizure warrant as to John Patrick Couch, Xiulu Ruan held on 7/8/2015 FTR Digital Audio Recording. (srr) (Entered: 07/08/2015) |
| 07/08/2015 | 180 | | APPLICATION AND AFFIDAVIT for search warrant as to Catamaran LLC account by USA as to John Patrick Couch, Xiulu Ruan (Attachments: # 1 Affidavit, # 2 search warrant) (srr) (Entered: 07/09/2015) |
| 07/13/2015 | 182 | | MOTION to Modify Conditions of Release by John Patrick Couch. (Attachments: # 1 Supplement Supporting Documentation) (Beck, John) (Entered: 07/13/2015) |
| 07/13/2015 | | | REFERRAL OF 182 MOTION to Modify Conditions of Release as to John Patrick Couch to Judge Sonja F. Bivins. (tot) (Entered: 07/13/2015) |
| 07/15/2015 | 183 | | NOTICE OF ATTORNEY APPEARANCE: Arthur T. Powell, III appearing for John Patrick Couch (Powell, Arthur) (Entered: 07/15/2015) |
| 07/21/2015 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins: Telephone Conference as to John Patrick Couch held on 7/21/2015 in re: Motion to modify conditions of release Doc. 182 ; Counsel participating by telephone: Deborah Griffin, Arthur T. Powell, III FTR Digital Audio Recording. (mjn) (Entered: 07/21/2015) |
| 08/10/2015 | 188 | | MOTION for Order (Unopposed Application for an Order) by USA as to John Patrick Couch, Xiulu Ruan. (Attachments: # 1 Exhibit) (Griffin, Deborah) Modified on 8/10/2015 (tot). (Entered: 08/10/2015) |
| 08/10/2015 | | | *SEALED* REFERRAL OF 188 MOTION for Order (Unopposed Application for Order) as to John Patrick Couch, Xiulu Ruan to Judge Bivins. (tot) (Entered: 08/10/2015) |
| 08/11/2015 | 189 | | *SEALED* ORDER, GRANTING 188 Motion for an Order requiring Greenway Medical Technologies to assist law enforcement agents in the search of three backup databases of medical records. Signed by Magistrate Judge Sonja F. Bivins on 8/10/2015. (mab) (Entered: 08/11/2015) |
| 08/31/2015 | 190 | | *SEALED* MOTION to Continue in Interest of Justice by USA as to John Patrick Couch, Xiulu Ruan. (Bodnar, Christopher) (Entered: 08/31/2015) |
| 08/31/2015 | | | *SEALED* REFERRAL OF 190 MOTION to Continue in Interest of Justice as to John Patrick Couch, Xiulu Ruan to Judge Bivins. (tot) (Entered: 08/31/2015) |
| 09/04/2015 | 191 | | *SEALED* ENDORSED ORDER Carry to Status Conference on 9/15/15 – 190 Motion to Continue–Ends of Justice as to John Patrick Couch &Xiulu Ruan. Signed by Magistrate Judge Sonja F. Bivins on 9/4/2015. (mpp) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/04/2015) |
| 09/11/2015 | 192 | | *SEALED* MOTION to Modify Conditions of Release by Xiulu Ruan as to John Patrick Couch, Xiulu Ruan. (Knizley, Dennis) (Entered: 09/11/2015) |
| 09/15/2015 | 194 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Status Conference as to John Patrick Couch &Xiulu Ruan held on 9/15/2015;Court set a Status Conf 11/20/15 @ 3pm. Motion ruled on – Endorsement to follow.FTR Digital Audio Recording. (mpp) (Entered: 09/15/2015) |
| 09/15/2015 | 195 | | *SEALED* ENDORSED ORDER denying without prejudice 190 Motion to Continue–Ends of Justice as to John Patrick Couch (1) &Xiulu Ruan (2). Court sets a Status Conference for 11/20/15 at 3:00 pm in Courtroom 1A. Signed by Magistrate Judge Sonja F. Bivins on 9/15/2015. Copies to counsel,USPO,USMS,CRD. (mpp) (Entered: 09/15/2015) |
| 09/15/2015 | | | Set Hearing as to John Patrick Couch, Xiulu Ruan: Status Conference set for 11/20/2015 at 3:00 PM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. (mpp) (Entered: 09/15/2015) |
| 09/23/2015 | | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Telephone Conference re application for search warrant as to John Patrick Couch, Xiulu Ruan held on 9/23/2015 FTR Digital Audio Recording. (srr) (Entered: 09/23/2015) |
| 09/23/2015 | 197 | | *SEALED* APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT by USA as to John Patrick Couch, Xiulu Ruan (Attachments: # 1 Affidavit) (srr) (Entered: 09/24/2015) |
| 10/01/2015 | | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Telephone Conference re objection to search warrant as to John Patrick Couch, Xiulu Ruan held on 10/1/2015 (srr) (Entered: 10/01/2015) |
| 10/29/2015 | 211 | | SUPERSEDING INDICTMENT as to John Patrick Couch (1) Counts 1s–3s, 5s–10s, 17s–19s, Xiulu Ruan (2) Counts 1s–6s, 11s–16s. Thomas Justin Palmer (3) Count 2, Bridgette Williams Parker (4) Count 2. (Attachments: # 1 Penalty Page) (jlr) (Additional attachment(s) added on 11/4/2015: # 2 Superseding Indictment – ALL dfts.) (Entered: 11/04/2015) |
| 11/02/2015 | 213 | | NOTICE OF Arraignment as to John Patrick Couch &Xiulu Ruan – Arraignment set for 11/4/2015 at 2:00 PM in Courtroom 1A before Magistrate Judge Sonja F. Bivins. Copies to counsel,USPO,USMS. (mpp) (Entered: 11/02/2015) |
| 11/04/2015 | | | Case unsealed as to Thomas Justin Palmer, Bridgette Williams Parker. (mpp) (Entered: 11/04/2015) |
| 11/04/2015 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Arraignment as to John Patrick Couch (1) Count 1s,2s,3s,5s,6s,7s–10s,17s–19s and Xiulu Ruan (2) Count 1s,2s,3s,4s,5s,6s,11s–13s,14s–16s and Thomas Justin Palmer (3) Count 2 and Bridgette Williams Parker (4) Count 2 held on 11/4/2015. FTR Digital Audio Recording. All Dfts to appear for STATUS CONF. set 11/20/15 @ 3pm. Dfts Couch &Ruan to remain on conditions. (mpp) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/05/2015) |
| 11/09/2015 | 227 | | Order on Arraignment on superseding indictment as to John Patrick Couch (1) Count 1s,2s,3s,5s,6s,7s–10s,17s–19s. Status conference set 11/20/15 at 3:00 pm in Courtroom 1A. Signed by Magistrate Judge Sonja F. Bivins on 11/9/2015. (srr) (Entered: 11/09/2015) |
| 11/17/2015 | | | Case unsealed as to John Patrick Couch, Xiulu Ruan, Thomas Justin Palmer, Bridgette Williams Parker (mpp) (Entered: 11/17/2015) |
| 11/20/2015 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Status Conference as to John Patrick Couch, Xiulu Ruan, Thomas Justin Palmer, Bridgette Williams Parker held on 11/20/2015 – Case will be set on the May 2016 trial term – deadlines given in court – Order to follow. FTR Digital Audio Recording. (mpp) (Entered: 11/20/2015) |
| 11/25/2015 | 236 | | ORDER TO CONTINUE – Ends of Justice as to John Patrick Couch, Xiulu Ruan, Thomas Justin Palmer, Bridgette Williams Parker, GRANTING parties' 190 Motion for Continuance, and CONTINUING trial to the July 2016 criminal term, with jury selection commencing on 7/11/2016, and the trial commencing on 7/18/2016 in US Courthouse, Courtroom 2B, 113 St. Joseph Street, Mobile, AL 36602 before Judge Callie V. S. Granade. ETT 4 weeks. (Time excluded from 01/05/2016 until 07/11/2016) **Waivers of Right to Speedy Trial due by 12/4/2015 from John Patrick Couch, Xiulu Ruan, Thomas Justin Palmer, and Bridgette Williams Parker.** Status Conference set for 4/29/2016 at 10:00 AM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602. Deadline for all pretrial motions and all notices or demand due 3/7/2016. Motions to compel due by 3/7/2016. Government to identify category of medical records it intends to rely upon at trial no later than 1/25/2016. Reciprocal discovery due from Defendants by 2/25/2016. Government's expert reports due no later than 4/25/2016. Defendants' expert reports due no later than 5/26/2016. Signed by Magistrate Judge Sonja F. Bivins on 11/25/2015. (mab) (Entered: 11/25/2015) |
| 12/04/2015 | 238 | | WAIVER of Speedy Trial by John Patrick Couch (Beck, John) (Entered: 12/04/2015) |
| 01/21/2016 | 255 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Bond Revocation Hearing as to John Patrick Couch held on 1/21/2016. Conditions to be modified – Order to follow. FTR Digital Audio Recording. (mpp) (mpp). (Entered: 01/21/2016) |
| 04/05/2016 | 260 | | Unopposed MOTION for Order Directing Springhill Hospitals, Inc., to Comply with Trial Subpoena by USA as to John Patrick Couch, Xiulu Ruan, Thomas Justin Palmer, Bridgette Williams Parker (Attachments: # 1 Exhibit) (Griffin, Deborah) Modified on 4/5/2016 (tot). Modified on 4/12/2016 (mab). (Entered: 04/05/2016) |
| 04/05/2016 | | | REFERRAL OF 260 Unopposed Motion for Order Directing Springhill Hospitals, Inc., to Comply with Trial Subpoena as to John Patrick Couch, Xiulu Ruan to Judge Granade. (tot) (Entered: 04/05/2016) |
| 04/08/2016 | 261 | | ORDER as to John Patrick Couch, Xiulu Ruan, Status Conference originally scheduled for 4/29/16 is RESCHEDULED for 4/28/2016 at 10:00 AM in US |

| | | | |
|---|---|---|---|
| | | | Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Signed by Magistrate Judge Sonja F. Bivins on 4/8/2016. (tot) (Entered: 04/08/2016) |
| 04/08/2016 | 262 | | NOTICE *of Withdrawal at Defendant's Request* by John Patrick Couch (Beck, John) Modified on 4/9/2016 (mab). (Entered: 04/08/2016) |
| 04/08/2016 | | | Attorney John W. Beck terminated as to John Patrick Couch pursuant to Doc. 262 . (mab) (Entered: 04/11/2016) |
| 04/14/2016 | 263 | | MOTION to Continue in Interest of Justice by USA as to John Patrick Couch, Xiulu Ruan. (Griffin, Deborah) (Entered: 04/14/2016) |
| 04/14/2016 | | | REFERRAL OF 263 MOTION to Continue in Interest of Justice as to John Patrick Couch, Xiulu Ruan to Judge Sonja F. Bivins. (tot) (Entered: 04/14/2016) |
| 04/18/2016 | 264 | | ENDORSED ORDER taking under advisement 263 Motion to Continue –Ends of Justice as to John Patrick Couch &Xiulu Ruan – Motion to be carried to Status Conference set for 4/28/16. Signed by Magistrate Judge Sonja F. Bivins on 4/18/2016. (mpp) (Entered: 04/18/2016) |
| 04/19/2016 | 265 | | MOTION to Continue *Status Conference* by USA as to John Patrick Couch, Xiulu Ruan. (Bodnar, Christopher) (Entered: 04/19/2016) |
| 04/19/2016 | | | REFERRAL OF 265 MOTION to Continue *Status Conference* as to John Patrick Couch, Xiulu Ruan to Judge Bivins (mab) (Entered: 04/19/2016) |
| 04/19/2016 | 266 | | ORDER as to John Patrick Couch and Xiulu Ruan, granting 260 Motion for entry of order directing Springhill Hospitals, Inc. to comply with trial subpoena filed by the United States. It is therefore ORDERED, ADJUDGED and DECREED that Springhill is to produce the records sought by said subpoena. Signed by Senior Judge Callie V. S. Granade on 4/19/2016. (mab) (Entered: 04/19/2016) |
| 04/20/2016 | 267 | | ENDORSED ORDER granting the Government's Unopposed Motion to Continue Status Conference 265 . The status conference is hereby RESCHEDULED for May 3, 2016 at 10:00 a.m. in Courtroom 1A. Signed by Magistrate Judge Sonja F. Bivins on 4/20/2016. (Bivins, Sonja) (Entered: 04/20/2016) |
| 04/20/2016 | | | Set/Reset Hearings as to John Patrick Couch, Xiulu Ruan: Status Conference set for 5/3/2016 at 10:00 AM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins – See Doc. 267. (tot) (Entered: 04/20/2016) |
| 04/22/2016 | 268 | | Joint MOTION to Continue *Expert Reports* by USA as to John Patrick Couch, Xiulu Ruan. (Griffin, Deborah) Modified on 4/25/2016 (tot). (Entered: 04/22/2016) |
| 04/25/2016 | | | REFERRAL OF 268 Joint MOTION to Continue *Expert Reports* as to John Patrick Couch, Xiulu Ruan to Judge Sonja F. Bivins. (tot) (Entered: 04/25/2016) |
| 04/28/2016 | 269 | | SECOND SUPERSEDING INDICTMENT as to John Patrick Couch (1) counts 1ss, 2ss–4ss, 5ss–7ss, 13ss–14ss, 15ss, 16ss–18ss, 19ss, Xiulu Ruan |

| | | | |
|---|---|---|---|
| | | | (2) counts 1ss, 2ss–4ss, 8ss–12ss, 15ss, 16ss–18ss, 19ss, 20ss, 21ss–22ss. (Attachments: # 1 Penalty Page, # 2 Signed Indictment, # 3 Notice to the Court) FORFEITURE ALLEGATION (mpp) (Entered: 04/29/2016) |
| 04/29/2016 | 270 | | NOTICE OF Arraignment as to John Patrick Couch, Xiulu Ruan – Arraignment set for 5/3/2016 at 10:00 AM in US Courthouse, Courtroom 1A before Magistrate Judge Sonja F. Bivins. (mpp) (Entered: 04/29/2016) |
| 05/03/2016 | 271 | | NOTICE OF ATTORNEY APPEARANCE: Jackson R. Sharman, III appearing for John Patrick Couch only (Sharman, Jackson) Modified on 5/3/2016 (mab). (Entered: 05/03/2016) |
| 05/03/2016 | 272 | | NOTICE OF ATTORNEY APPEARANCE: Jeffrey Paul Doss appearing for John Patrick Couch (Doss, Jeffrey) (Entered: 05/03/2016) |
| 05/03/2016 | 273 | | NOTICE OF ATTORNEY APPEARANCE: Robert Jackson Sewell appearing for John Patrick Couch (Sewell, Robert) (Entered: 05/03/2016) |
| 05/03/2016 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Status Conference &Arraignment as to John Patrick Couch (1) Count 1ss,2ss–4ss,5ss–7ss,13ss–14ss,15ss,16ss–18ss,19ss and Xiulu Ruan (2) Count 1ss,2ss–4ss,8ss–12ss,15ss,16ss–18ss,19ss,20ss,21ss–22ss held on 5/3/2016. Case is tentatively set for the Sept 2016 trial term – Order to follow with the exact date and other deadlines as discussed on the record. DCR Digital Audio Recording. (mpp) (Entered: 05/03/2016) |
| 05/03/2016 | 274 | | MOTION to Continue by John Patrick Couch. (Sharman, Jackson) (Entered: 05/03/2016) |
| 05/04/2016 | 276 | | ORDER, Defendants John Patrick Couch and Xiulu Ruan were arraigned in accordance with Fed.R.Crim.P. 10 on the 269 second superseding indictment. Both Defendants entered the plea of NOT GUILTY. Motions to continue trial (Docs. 263 , 268 , 274 ) GRANTED. This case is specially set for jury selection on October 27, 2016, with the trial commencing immediately thereafter before Senior District Judge Callie V. S. Granade. Status conference before the undersigned set for August 29, 2016 at 10:00 a.m. in Courtroom 1A. Waivers of Right to Speedy Trial due from Defendants by 5/10/2016. Deadline for all pretrial motions and all notices or demands is EXTENDED to June 3, 2016. Deadline for motions to compel is EXTENDED to July 29, 2016. Government shall tender its expert reports no later than May 25, 2016. Defendants shall tender their expert reports no later than July 8, 2016. Signed by Magistrate Judge Sonja F. Bivins on 5/4/2016. (mab) (Entered: 05/04/2016) |
| 05/10/2016 | 283 | | WAIVER of Speedy Trial by John Patrick Couch (Powell, Arthur) Modified on 5/10/2016 (mab). (Entered: 05/10/2016) |
| 05/24/2016 | 284 | | Unopposed MOTION for Extension of Time *to Disclose Expert Reports* by John Patrick Couch. (Sharman, Jackson) (Entered: 05/24/2016) |
| 05/25/2016 | | | REFERRAL OF 284 Unopposed MOTION for Extension of Time to Disclose Expert Reports as to John Patrick Couch to Judge Bivins. (tot) (Entered: 05/25/2016) |
| 06/02/2016 | 286 | | MOTION to Continue *Motion Deadline* by USA as to John Patrick Couch, Xiulu Ruan. (Griffin, Deborah) (Entered: 06/02/2016) |

| | | | |
|---|---|---|---|
| 06/02/2016 | | | REFERRAL OF 286 MOTION to Continue Motion Deadline as to John Patrick Couch, Xiulu Ruan to Judge Sonja F. Bivins. (tot) (Entered: 06/02/2016) |
| 06/06/2016 | 287 | | ORDER as to John Patrick Couch, Xiulu Ruan GRANTING Dft Couch's 284 Motion for Extension of Time to Disclose Expert Reports, GRANTING Govt's 286 Unopposed Motion to Continue Motion Deadline. There will be no further extensions. Deadline for Govt's Expert Disclosures is EXTENDED to 6/15/16, &deadline for Dfts' Expert Disclosures is EXTENDED to 7/29/16. Deadline for pretrial motions is EXTENDED to 8/25/16. All other deadlines contained in Court's 276 Order remain in effect. Signed by Magistrate Judge Sonja F. Bivins on 6/6/2016. (tot) (Entered: 06/07/2016) |
| 06/15/2016 | 288 | | NOTICE *To The Court of Expert Summaries* by USA as to John Patrick Couch, Xiulu Ruan (Griffin, Deborah) (Entered: 06/15/2016) |
| 06/16/2016 | | | REFERRAL OF 288 Notice of Expert Summaries as to John Patrick Couch, Xiulu Ruan to Judge Bivins. (tot) (Entered: 06/16/2016) |
| 06/30/2016 | 291 | | MOTION for Leave to File *Under Seal* by John Patrick Couch. (Attachments: # 1 Exhibit A – Proposed Order) (Sharman, Jackson) (Entered: 06/30/2016) |
| 07/01/2016 | | | REFERRAL OF 291 MOTION for Leave to File *Under Seal* as to John Patrick Couch and 292 Sealed Document(s) as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 07/01/2016) |
| 07/01/2016 | 293 | | ENDORSED ORDER granting Defendant Couch's Motion for Leave to File Documents Under Seal 291 . Signed by Magistrate Judge Sonja F. Bivins on 7/1/2016. (Bivins, Sonja) (Entered: 07/01/2016) |
| 07/05/2016 | | | REFERRAL OF 295 Motion for Leave to File Document Under Seal and Response to Defendant's Motion for a Traceability Hearing to Potentially Vacate Court−Authorized Seizure Warrants as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 07/05/2016) |
| 07/05/2016 | 296 | | MOTION for Suspension of Deadlines by John Patrick Couch. (Sharman, Jackson) (Entered: 07/05/2016) |
| 07/05/2016 | | | REFERRAL OF 296 MOTION for Suspension of Deadlines in Orders (Docs. 276 &287 ) as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 07/05/2016) |
| 07/08/2016 | 297 | | MOTION for Leave to File *Under Seal* by John Patrick Couch. (Attachments: # 1 Exhibit A – Proposed Order) (Sharman, Jackson) (Entered: 07/08/2016) |
| 07/08/2016 | | | REFERRAL OF 297 MOTION for Leave to File *Under Seal* as to John Patrick Couch; and 298 Sealed Document(s) as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 07/08/2016) |
| 07/12/2016 | 299 | | RESPONSE in Opposition by USA as to John Patrick Couch, Xiulu Ruan re 296 MOTION for Suspension of Deadlines (Bodnar, Christopher) (Entered: 07/12/2016) |

| | | | |
|---|---|---|---|
| 07/12/2016 | | | REFERRAL OF 299 Response in Opposition to Motion to Suspend Deadlines as to John Patrick Couch to Judge Bivins. (tot) (Entered: 07/12/2016) |
| 07/12/2016 | 301 | | ENDORSED ORDER granting Defendant John Patrick Couch's Motion to File Reply Under Seal 297 . Signed by Magistrate Judge Sonja F. Bivins on 7/12/2016. (Bivins, Sonja) (Entered: 07/12/2016) |
| 07/28/2016 | 304 | | MOTION for Leave to File *Under Seal* by John Patrick Couch. (Attachments: # 1 Exhibit A – Proposed Order) (Sharman, Jackson) (Entered: 07/28/2016) |
| 07/29/2016 | | | REFERRAL OF 304 MOTION for Leave to File Under Seal as to John Patrick Couch to Judge Sonja F. Bivins. (tot) (Entered: 07/29/2016) |
| 08/01/2016 | 308 | | MOTION for Leave to File *Under Seal* by John Patrick Couch. (Attachments: # 1 Exhibit A – Proposed Order) (Sharman, Jackson) (Entered: 08/01/2016) |
| 08/02/2016 | 310 | | ENDORSED ORDER as to John Patrick Couch GRANTING 308 Motion for Leave to File Under Seal. Signed by Senior Judge Callie V. S. Granade on 8/2/2016. (tot) (Entered: 08/02/2016) |
| 08/02/2016 | 311 | | ENDORSED ORDER granting Defendant John Patrick Couch Motion for Leave to File Documents Under Seal 304 . Signed by Magistrate Judge Sonja F. Bivins on 8/2/2016. (Bivins, Sonja) (Entered: 08/02/2016) |
| 08/03/2016 | 313 | | MOTION for Leave to File *Sealed Document* by USA as to John Patrick Couch. (Attachments: # 1 Exhibit) (Bodnar, Christopher) (Entered: 08/03/2016) |
| 08/04/2016 | | | REFERRAL OF 313 MOTION for Leave to File Sealed Document as to John Patrick Couch to Judge Granade. (tot) (Entered: 08/04/2016) |
| 08/04/2016 | 316 | | ORDER as to John Patrick Couch re: the United States' 314 Motion to Strike Defendant's Appeal to District Court. Defendant's response to motion due by 8/11/2016. Signed by Senior Judge Callie V. S. Granade on 8/4/2016. (mab) (Entered: 08/04/2016) |
| 08/10/2016 | 317 | | Unopposed MOTION to Continue *Status Conference* by John Patrick Couch. (Sharman, Jackson) (Entered: 08/10/2016) |
| 08/11/2016 | | | REFERRAL OF 317 Unopposed MOTION to Continue *Status Conference* as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 08/11/2016) |
| 08/11/2016 | 318 | | ENDORSED ORDER granting 317 Motion to Continue as to John Patrick Couch – Status Conference is RESCHEDULED to 9/1/16 @ 10am for both defendants John Couch &Xiulu Ruan. Signed by Magistrate Judge Sonja F. Bivins on 8/11/2016. Copies to counsel,USPO,USMS. (mpp) (Entered: 08/11/2016) |
| 08/16/2016 | 320 | | MOTION for Leave to File *Sealed Document* by USA as to John Patrick Couch. (Attachments: # 1 Exhibit) (Bodnar, Christopher) (Entered: 08/16/2016) |
| 08/16/2016 | 322 | | |

| | | | |
|---|---|---|---|
| | | | ENDORSED ORDER as to John Patrick Couch GRANTING 320 Motion for Leave to File Sealed Document. Signed by Senior Judge Callie V. S. Granade on 8/16/2016. (tot) (Entered: 08/16/2016) |
| 08/17/2016 | 323 | | MOTION to Continue in Interest of Justice by John Patrick Couch. (Sharman, Jackson) (Entered: 08/17/2016) |
| 08/17/2016 | | | REFERRAL OF 323 MOTION to Continue in Interest of Justice as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 08/17/2016) |
| 08/22/2016 | | | TERMINATE HEARING: Telephone Conference CANCELLED for today at 4pm as to John Couch &Xiulu Ruan. Case will remain set for a Status Conf. on 9/1/16 @ 10am before Judge Bivins in Ctrm 1A. (mpp) (Entered: 08/22/2016) |
| 08/23/2016 | 326 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Telephone Conference as to John Patrick Couch, Xiulu Ruan held on 8/23/2016. DCR Digital Audio Recording. (mpp) (Entered: 08/23/2016) |
| 09/01/2016 | | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Status Conference as to John Patrick Couch, Xiulu Ruan held on 9/1/2016. Court will reconsider the continuance – Order to follow. DCR Digital Audio Recording. (mpp) (Entered: 09/01/2016) |
| 09/02/2016 | 330 | | ORDER as to John Patrick Couch, Xiulu Ruan re: 323 MOTION to Continue in Interest of Justice filed by John Patrick Couch, 324 MOTION to Adopt Motion of Other Defendant filed by Xiulu Ruan. It is found that continuance is not justified as set out. Pretrial Conference set for 10/3/2016 at 02:00 PM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. Signed by Magistrate Judge Sonja F. Bivins on 9/2/2016. (tot) (Entered: 09/02/2016) |
| 09/02/2016 | 331 | | MOTION for Leave to File *Under Seal* by John Patrick Couch. (Attachments: # 1 Exhibit A – Proposed Order) (Sharman, Jackson) (Entered: 09/02/2016) |
| 09/06/2016 | 333 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to John Patrick Couch, Xiulu Ruan held on 9/1/2016, STATUS HEARING before Magistrate Judge Sonja F. Bivins. Court Reporter Roy Isbell, Telephone number 251−690−3085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have twenty−one (21) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. Notice of Transcript Redaction to be filed by 9/27/2016. Redaction Request due 9/27/2016. Redacted Transcript Deadline set for 10/7/2016. Release of Transcript Restriction set for 12/5/2016. (Isbell, Roy) (Entered: 09/06/2016) |
| 09/06/2016 | | | REFERRAL OF 332 Sealed Document – Defendant's Rule 59 Objection to – 325 Order as to John Patrick Couch to Senior Judge Granade (mab) (Entered: 09/06/2016) |

| | | | |
|---|---|---|---|
| 09/06/2016 | | | REFERRAL OF 331 MOTION for Leave to File *Under Seal* as to John Patrick Couch to Senior Judge Callie V. S. Granade. (mab) (Entered: 09/06/2016) |
| 09/06/2016 | 334 | | ENDORSED ORDER as to John Patrick Couch, GRANTING 313 United States' Motion for Leave to File Motion to Strike Under Seal; finding as MOOT 314 United States' Motion to Strike Defendant's Appeal to District Court; and GRANTING Defendant's 331 Motion for Leave to File Objection Under Seal. Signed by Senior Judge Callie V. S. Granade on 9/6/2016. (mab) (Entered: 09/06/2016) |
| 09/06/2016 | 335 | | MOTION for Leave to File *Under Seal* by John Patrick Couch. (Attachments: # 1 Exhibit A – Proposed Order) (Sharman, Jackson) (Entered: 09/06/2016) |
| 09/07/2016 | | | REFERRAL OF 335 MOTION for Leave to File *Under Seal* as to John Patrick Couch to Judge Granade, 336 Sealed Document – Defendant's Rule 59 Objection to 330 Order as to John Patrick Couch to Senior Judge Callie V. S. Granade. (mab) (Entered: 09/07/2016) |
| 09/07/2016 | 337 | | ENDORSED ORDER, GRANTING 335 Motion for Leave to File Under Seal 336 Defendant's Rule 59 Objection to 330 Order as to John Patrick Couch. Signed by Senior Judge Callie V. S. Granade on 9/7/2016. (mab) (Entered: 09/07/2016) |
| 09/08/2016 | 340 | | ORDER as to John Patrick Couch re 332 Defendant's Rule 59 Objection to Order (Doc. 325). USA's response due 9/13/2016, and is to be filed under seal. Signed by Senior Judge Callie V. S. Granade on 9/8/2016. (mab) (Entered: 09/08/2016) |
| 09/08/2016 | 341 | | MOTION for Leave to File *Sealed Document* by USA as to John Patrick Couch. (Attachments: # 1 Exhibit) (Bodnar, Christopher) (Entered: 09/08/2016) |
| 09/08/2016 | | | REFERRAL OF 341 MOTION for Leave to File Response Under Seal; and 342 Sealed Document – Response to Defendant's Appeal of the Continuance Denial as to John Patrick Couch to Senior Judge Callie V. S. Granade. (mab) (Entered: 09/08/2016) |
| 09/08/2016 | 343 | | ENDORSED ORDER, GRANTING United States' 341 Motion for Leave to File 342 Response Under Seal as to John Patrick Couch. Signed by Senior Judge Callie V. S. Granade on 9/8/2016. (mab) (Entered: 09/08/2016) |
| 09/13/2016 | 344 | | MOTION for Leave to File *Sealed Document* by USA as to John Patrick Couch. (Attachments: # 1 Exhibit) (Bodnar, Christopher) (Entered: 09/13/2016) |
| 09/13/2016 | 346 | | ENDORSED ORDER as to John Patrick Couch GRANTING Govt's 344 Motion for Leave to File Under Seal. Signed by Senior Judge Callie V. S. Granade on 9/13/2016. (tot) (Entered: 09/13/2016) |
| 09/16/2016 | 348 | | ORDER TO CONTINUE – Ends of Justice as to John Patrick Couch and Xiulu Ruan. Defendants' motion for continuance is GRANTED provided each Defendant and their counsel executes and files a speedy trial waiver no later than **September 23, 2016.** The shall be **NO further continuances.** Trial is CONTINUED to the January 2017 trial term, with jury selection set |

| | | | |
|---|---|---|---|
| | | | for 1/4/2017 at 9:00 a.m. before Judge Granade. A hearing to discuss any pending motions or remaining trial issued is set for January 3, 2017 at 10:00 a.m. in Courtroom 2B. Signed by Senior Judge Callie V. S. Granade on 9/16/2016. (mab) Modified on 9/16/2016 (mab). (Entered: 09/16/2016) |
| 09/22/2016 | 350 | | MOTION to Modify Conditions of Release by John Patrick Couch . (Powell, Arthur) Modified on 9/22/2016 (mab). (Entered: 09/22/2016) |
| 09/22/2016 | | | TERMINATE HEARING: The Pretrial Conference scheduled before Magistrate Judge Sonja F. Bivins as to John Couch &Xiulu Ruan on 10/3/16 has been CANCELLED. New date to be determined. Copies to counsel. (mpp) (Entered: 09/22/2016) |
| 09/22/2016 | | | REFERRAL OF 350 MOTION to Modify Conditions of Release as to John Patrick Couch to Judge Sonja F. Bivins. (mab) (Entered: 09/22/2016) |
| 09/23/2016 | 353 | | WAIVER of Speedy Trial by John Patrick Couch (Powell, Arthur) Modified on 9/23/2016 (mab). (Entered: 09/23/2016) |
| 09/26/2016 | 354 | | MOTION to Amend/Correct *Order* by USA as to John Patrick Couch. (Bodnar, Christopher) (Entered: 09/26/2016) |
| 09/27/2016 | 355 | | ENDORSED ORDER, GRANTING 354 Unopposed Motion to Correct 347 Order as to John Patrick Couch. Signed by Senior Judge Callie V. S. Granade on 9/27/2016. (mab) (Entered: 09/27/2016) |
| 09/29/2016 | 356 | 18 | NOTICE OF APPEAL (Interlocutory) by John Patrick Couch Filing fee $ 505, receipt number 1128–1963953. (Sharman, Jackson) (Entered: 09/29/2016) |
| 10/03/2016 | 357 | | Appeal Instructions for Jackson Sharman, III, Esq. as to John Patrick Couch 325 Sealed Order, Terminate Motions, Set Deadlines, 347 Sealed Order. Separate forms must be filed for each court reporter. Transcript Information Form to be filed no later than 10/17/2016. CJA 24 to be filed no later than 10/17/2016. (jal) (Entered: 10/03/2016) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| **v.** } | |
| } | **Case No. 1:15-CR-88-CG-B** |
| **JOHN PATRICK COUCH, M.D. and** } | |
| **XIULU RUAN, M.D.,** } | |
| } | |
| **Defendants.** } | |

## NOTICE OF APPEAL

Defendant John Patrick Couch, M.D. gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit, pursuant to 28 U.S.C. § 1292(a)(1), from the September 15, 2016 Order affirming the Magistrate Judge's August 19, 2016 Order denying his Motion to Vacate Seizure Warrants, in Whole or in Part, and for a Hearing Concerning the Legality of the Seizure Warrants under the Fifth and Sixth Amendments, (Doc. 347).

Respectfully Submitted,

Date: September 29, 2016

/s/ Jackson R. Sharman III
One of the Attorneys for the Defendant,
John Patrick Couch, M.D.

OF COUNSEL:
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
Robert J. Sewell
*jsewell@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (Facsimile)

Arthur T. Powell III
*atp@law-linc.com*
P.O. Box 40456
Mobile, Alabama 36640
(251) 433-8310

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this <u>29th</u> day of <u>September</u>, <u>2016</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jackson R. Sharman III*
OF COUNSEL
