# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-00088-CG |
| ) | |
| JOHN PATRICK COUCH, M.D., ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER FOR INTERLOCUTORY SALE

This matter is before the Court on the United States' Motion For Amended Interlocutory Sale Order. (Doc. 588)

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, the motion is hereby **GRANTED.** It is **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1. For the reasons set forth in the motion and pursuant to Rule 32.2(b)(7), Supplemental Rule (G)(7), and 21 U.S.C. §853(g), there is good cause for the interlocutory sale of the following real and personal property:

> 319 Woodbridge Drive Daphne, Alabama;
> Unit #7, 25040 Perdido Beach Blvd Orange Beach, Alabama; Unit C-804;
> 28105 Perdido Beach Blvd Orange Beach, Alabama;
> 2013 Maserati, VIN ZAM45VLA3D0072574;
> 2015 Porsche 911, VIN WP0BB2A96FS135380;
> 2006 Porsche 911 Cabriolet, VIN WP0CB299X6S765878; and
> 1969 Chevrolet Corvette Sting Ray, VIN 194379S707748.

2. The United States, through the United States Marshals Service, is **ORDERED** to sell the property listed above.

3. Upon the sale and closing of the above real property, the United States Marshals Service is ordered deduct its expenses related to its custody, maintenance, and sale, and to deposit the remaining sale proceeds into an interest-bearing account pending further order(s) of this Court.

4. Upon the sale of the above personal property, the United States Marshals Service is ordered deduct its expenses related to its custody, maintenance, and sale, and to deposit the remaining sale proceeds into an interest-bearing account pending further order(s) of this Court.

**DONE and ORDERED** this 5th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE