IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-0088-CG |
| | ) |
| JOHN PATRICK COUCH, M.D., | ) |
| and XIULU RUAN, M.D., | ) |

## ORDER

This matter is before the Court on the United States' Motion to Clarify the Scope of Resentencing (Doc. 995) together with the Defendants' Objections and the Government's Reply ( Docs. 997, 998 & 1000).

The Court will sentence the defendants *de novo* but will not conduct a redetermination of those sentencing issues that were not affected by the Supreme Court's or Court of Appeals' decisions, and which were upheld on appeal.

The motion is GRANTED.

**Done** and **Ordered** this 12th day of July, 2024.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

1